Electronically Filed
Supreme Court
SCWC-15-0000307
30-SEP-2015
11:48 AM

SCWC-15-0000307

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006, Respondent/Plaintiff-Counterclaim-Defendant-Appellee,

vs.

MICHAEL C. GREENSPON, Petitioner/Defendant-Counterclaim Plaintiff- Third-Party Plaintiff-Appellant,

and

DAVID B. ROSEN, THE LAW OFFICE OF DAVID B. ROSEN, OCWEN LOAN SERVICING, LLC, Respondents/Third-Party Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000307; CIV. NO. 14-1-0395(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on August 28, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 30, 2015.

Michael C. Greenspon, petitioner pro se

David B. Rosen, Esq. for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

